IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ASHLEY DIPIAZZA,

                Plaintiff,                          ORDER

    v.

                                                  16-cv-060-wmc

THE CITY OF MADISON and JUSTIN BAILEY,
GARY PIHLAJA, and CARY LEEREK,
in their individual capacities,

                Defendants.

---

Plaintiff has filed a motion to exclude (purportedly) fraudulently obtained and unlawfully disseminated medical records, as well as halt their further dissemination. (Dkt. #77.) Based on defendants' response, the documents at issue (1) were apparently disclosed by defendants to plaintiff sometime in May 2016, and (2) are the subject of an ongoing discovery dispute that the parties are attempting to negotiate directly. (*See* Dkt. #89, Kaiser Decl. ¶¶ 2-6.) Given this, defendants may have until this Thursday, April 13, 2017, to resolve this matter amicably or file a substantive response to plaintiff's objections. Barring the former, the court will hear telephone argument on this motion at 11:00 a.m. on Friday, April 14, 2017. Plaintiff is to initiate the call to the court.

        Entered this 11th day of April, 2017.

                                        BY THE COURT:

                                        /s/

                                        _____
                                        WILLIAM M. CONLEY
                                        District Judge