IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE ESTATE OF ASHLEY DIPIAZZA,

        Plaintiff,

v.

JUSTIN BAILEY, GARY PIHLAJA,
and CARY LEEREK,

        Defendants.

ORDER

16-cv-60-wmc

On the parties' deposition designations, counter-designations, and objections as to damages (dkts. ## 198, 213, and 228), the court rules as follows. The court reserves as to portions of the objections pending stipulation of the parties (and/or argument while the jury is deliberating as to liability) on the scope of plaintiff's damages claims.

| Plaintiff's Design'ns | Defendants' Objections | Defendants' Counter-Design'ns | Defendants' Design'ns | Plaintiff's Objections | Plaintiff's Counter-Design'ns | Court Ruling |
|---|---|---|---|---|---|---|
| | | | 15:18-27:19 | 15:18-27:19 | | SUSTAIN |
| | | | 167:17-168:8; 184:2-24 | 167:17-168:8; 184:2-24 | | SUSTAIN |
| 46:3-4 | | 15:18-27:19 | | | | EXCLUDE |
| 47:2-19 | 47:2-19 | | | | | SUSTAIN |
| 59:3-64:19 | 59:3-64:19 | | | | | SUSTAIN |
| 65:3-81:22 | 65:3-76:8; 76:9-77:24 77:25-79:21 80:19-24 | | | | | SUSTAIN objections [no objection: 79:22-80:18; 80:25-81:22] |
| 82:14-86:8 | 82:14-84:10; 84:15-22 | | | | | SUSTAIN objection [no objection: 84:11-14; 84:23-86:8] |
| 87:8-93:21 | 88:4-90:9; 91:20-93:21 | | | | | SUSTAIN objections [no objection: |

| | | | | | | | 87:8-88:3; 90:10-91:19] |
|---|---|---|---|---|---|---|---|
| 94:8-14 | | 15:18-27:19 | | | | | EXCLUDE |
| 121:16-125:12 | 121:16-125:12 | | | | | | RESERVE |
| 157:2-10 | 157:2-10 | | | | | | SUSTAIN |
| 161:5-167:16 | 161:5-162:17; 162:18-163:20; 166:3-18; 167:3-16 | 190:7-13 | | | | | SUSTAIN objection and EXCLUDE counter-designation [no objection: 163:21-166:2; 166:19-167:2] |
| 172:8-174:23 | 172:8-174:23 | 190:7-13 | | | | | SUSTAIN objection and EXCLUDE counter-designation |
| 175:5-176:5 | 175:5-176:5 | 190:7-13 | | | | | SUSTAIN objection and EXCLUDE counter-designation |
| 178:19-180:4 | 178:19-180:4 | | | | | | RESERVE |
| 189:11-190:6 | 189:11-190:6 | | | | | | SUSTAIN |
| 203:3-205:10 | 203:3-205:10 | | | | | | SUSTAIN |

Entered this 12th day of July, 2017.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge