IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ASHLEY DIPIAZZA,
by personal representative Joseph DiPiazza,

                Plaintiff,            SPECIAL VERDICT

v.

                                          16-cv-60-wmc

JUSTIN BAILEY, GARY PIHLAJA,
and CARY LEEREK,

                Defendants.

---

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1:**  Did defendant Justin Bailey use objectively unreasonable force against Ashley DiPiazza?

                                    Yes __X__     No _____

**QUESTION NO. 2:**  Did defendant Gary Pihlaja use objectively unreasonable force against Ashley DiPiazza?

                                      Yes __X__     No _____

1

If your answer is "Yes" to either Question 1 or 2 (or both), then proceed to Question No. 3. If your answer is "No" to both Question 1 and 2, then do not answer Question No. 3.

QUESTION NO. 3: Did defendant Carey Leerek have reason to know that officers Bailey or Pihlaja were about to use unreasonable force against Ashley DiPiazza, and have a realistic opportunity to stop them, but failed to do so?

Yes _____ No \_\_X\_\_\_

*[signature]*
Presiding Juror
Madison, Wisconsin
Dated this 13 day of July, 2017.

2