IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THE ESTATE OF ASHLEY DIPIAZZA,
by personal representative Joseph DiPiazza,

                        Plaintiff,                  SPECIAL VERDICT DAMAGES

v.

                                            16-cv-60-wmc

JUSTIN BAILEY, GARY PIHLAJA,
and CARY LEEREK,

                        Defendant.

We, the jury, for our special verdict, do find as follows:

**QUESTION NO. 1**:      What sum of money do you award as compensatory damages to plaintiff for the loss of Ashley DiPiazza's life?

$ __4,000,000__

**QUESTION NO. 2**:      Is plaintiff entitled to an award of punitive damages against defendant Justin Bailey?

Yes __✓__        No _____

**If you answered "Yes" to Question No. 2, then answer Question No. 3. If you answered "No" to Question No. 2, then skip Question No. 3 and proceed to answer Question No. 4.**

1

**QUESTION NO. 3**:      What sum of money do you award as punitive damages against defendant Justin Bailey?

$  1,500,000

**QUESTION NO. 4**:      Is plaintiff entitled to an award of punitive damages against defendant Gary Pihlaja?

Yes  ✓      No _____

**If you answered "Yes" to Question No. 4, then answer Question No. 5.  If you answered "No" to Question No. 4, then skip Question No. 5 and proceed to the end of the verdict and sign and date it.**

**QUESTION NO. 5**:      What sum of money do you award as punitive damages against defendant Gary Pihlaja?

$  1,500,000

*Beth Drake*

Presiding Juror

Madison, Wisconsin
Dated this  13  day of July, 2017.

2