IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF ASHLEY DIPIAZZA,

                 Plaintiff,             ORDER

v.

                                         16-cv-60-wmc

JUSTIN BAILEY, GARY PIHLAJA,
and CARY LEEREK,

                 Defendants.

---

    Following the jury's verdict in this case, the court received a request from a member of the news media seeking disclosure of the names of the participating jurors. Counsel is reminded that the court has mailed a confidential questionnaire to the jurors seeking their feedback and input for the benefit of counsel and the court. Counsel is also directed not to contact any member of the jury or to release their names priviately or publicly until the completion of any post-judgment motions in this court. Finally, should any member of the jury decide to speak publicly about its verdict, through the press or otherwise, counsel is welcome to seek permission from the court to do the same with respect to that juror.

    Entered this 14th day of July, 2017.

                              BY THE COURT:

                              /s/

                              _____

                              WILLIAM M. CONLEY
                              District Judge