IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ESTATE OF ASHLEY DIPIAZZA,

        Plaintiff,

v.

JUSTIN BAILEY, GARY PIHLAJA, and
CAREY LEEREK,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-60-wmc

This action came for consideration before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Estate of Ashley DiPiazza and against defendants Justin Bailey and Gary Pihlaja in the amount of $4,000,000 as compensatory damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Estate of Ashley DiPiazza and against defendant Justin Bailey in the amount of $1,500,000 as punitive damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Estate of Ashley DiPiazza and against defendant Gary Pihlaja in the amount of $1,500,000 as punitive damages.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Estate of Ashley DiPiazza and against defendants Justin Bailey and Gary Pihlaja in the amount of $9,740.73 in stipulated funeral expenses.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Carey Leerek and against plaintiff Estate of Ashley DiPiazza finding no liability.

Approved as to form this 17th day of July, 2017.

_____
William M. Conley, U.S. District Judge

_____
Peter Oppeneer, Clerk of Court

7/17/17
Date