# BORAKOVE | OSMAN LLC
ESTATE PLANNING • BUSINESS CONTINUATION • ELDER PLANNING • ESTATE ADMINISTRATION

8000 EXCELSIOR DRIVE | SUITE 401 | MADISON, WI 53717 | 608.828.4880 OFFICE | 608.828.4884 FAX

April 25, 2019

U. S. District Court
Western District of Wisconsin
Attn: Judge William M. Conley
120 N. Henry Street, Rm 320
Madison, WI 53703

    Re:    *Estate of Ashley A. DiPiazza vs. City of Madison, Justin Bailey and Gary Pihlaja – Case No: 16-CV-60*

Dear Honorable Judge William M. Conley:

    I am the attorney representing Joseph DiPiazza, the personal representative of the Estate of Ashley A. DiPiazza, Dane County Probate Case No. 15-PR-796. The probate case for Ashley A. DiPiazza's estate was opened on November 16, 2015. We have been granted three extensions to close the estate thus far, as the estate must stay open pending the outcome of the civil case in your court. We are currently approaching our third extended deadline to close, which is May 31, 2019, and as such are in the process of drafting the petition for extension of time to be submitted to the Dane County Probate Court. In drafting this petition, we want to provide the court with an estimated timeframe for the outcome of the pending civil case, so that we can request an extension of an appropriate length.

    As such, if there is any context you can provide our office with regards to an estimated timeline for the completion of the civil suit, this would be very helpful in obtaining a suitable extension with the probate court. I understand that a precise timeline may be difficult to provide, but any context as to possible timeframe or next steps in the case would be greatly appreciated.

    If you have any questions or would like to speak with me directly about this probate case, feel free to contact me at peter@borakoveosman.com or via telephone at (608) 828-4880, or feel free to reply via mail to the address above as well. Thank you in advance for your assistance with this matter.

Very Respectfully,
BORAKOVE | OSMAN LLC

Peter C. Osman

PCO/bs