**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

THE ESTATE OF ASHLEY DIPIAZZA,

      Plaintiff,                                              Case No: 3:16-cv-00060-wmc

    v.

JUSTIN BAILEY, GARY PIHLAJA,
and CAREY LEEREK, In their Individual Capacities,

      Defendants.

---

**SATISFACTION OF JUDGMENT**

---

      Plaintiff, The Estate of Ashley DiPiazza, by its attorneys Jeff Scott Olson and Andrea J. Farrell, hereby acknowledge that the judgment entered in plaintiff's favor has been fully and completely satisfied and hereby release and discharge the same.

      Dated this **17th** day of **July**, 2019.

                                                          THE JEFF SCOTT OLSON LAW FIRM, S.C.
                                                          By

                                                          **/s/ Jeff Scott Olson**
                                                          Jeff Scott Olson, #1016284
                                                          Andrea J. Farrell, # 1064773
                                                          Attorneys for Plaintiff
                                                          131 West Wilson Street, Suite 1200
                                                          Madison, WI 53703-3225